[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-10455

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MUHAMMED MOMTAZ AL-AZHARI,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cr-00206-TPB-AEP-1

_____

2                    Opinion of the Court                    21-10455

Before WILSON, JILL PRYOR, and HULL, Circuit Judges.

PER CURIAM:

The district court denied defendant-appellant Muhammed Momtaz Al-Azhari's January 15, 2021 motion for injunctive relief on the basis that it lacked jurisdiction over the administrative forfeiture proceedings. Mr. Al-Azhari concedes that the purpose of his motion was to require the government to retain the forfeited property indefinitely so that he might eventually regain possession of it. After review, and with the benefit of oral argument, we conclude that Mr. Al-Azhari's motion was an attempt to undo the forfeiture, and we agree with the district court that it lacked jurisdiction to do so. Accordingly, we affirm the district court's denial of Mr. Al-Azhari's motion. We also deny as moot the government's July 21, 2021 motion to dismiss the appeal.

AFFIRMED.